## Lawrence S. Schwartz and Freda Schwartz, Appellees, v. Eugene Levy and Jean Levy, Appellants.

### Gen. No. 44,683.

opinion filed April 4, 1949; released for publication May 17, 1949. Freeman & Freeman, for appellants; Earl Freeman, of counsel; Lawrence S. Adler, for appellees. Opinion by JUSTICE TUOHY. Not to be published in full.